**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| DAVID MELGREN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE STORE, INC.<br><br>Defendant. | Case No. 23-cv-109 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*